ACCEPTED
03-14-00632-CV
3777609
THIRD COURT OF APPEALS
AUSTIN, TEXAS
1/15/2015 10:06:19 AM
JEFFREY D. KYLE
CLERK



# GAMMON LAW OFFICE, PLLC

1201 Spyglass Drive | Suite 100
Austin, Texas 78746
Phone: 512-444-4529
Fax: 888-545-4279
www.GammonLawOffice.com

**"We Represent the Good Guys"** ®

AMBRA BOURNE-DUMAS, CP
AmbraDumas@GammonLawOffice.com
Direct Phone: 512-271-6862
Direct Fax: 512-271-6862

RECEIVED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
1/15/2015 10:06:19 AM
JEFFREY D. KYLE
Clerk

January 14, 2015

**To:** COURT CLERK Chloe Jimenez
District Clerk, Travis County
100 Guadalupe St.
Austin, Texas 78701
**CMRRR# 70132550000208554794**

**CC:** CHRIS POCHYLA
Barrett Daffin Frappier Turner & Engle, LLP
e-File: ProDoc

THE COURT OF APPEALS
3RD DISTRICT OF TEXAS, AUSTIN
e-File: ProDoc

**RE: Request for Supplemental Items**
*Style: Karl B. Bailey v. MidFirst Bank, Smoke Signal Pass, LLC, Eric Lee & KW Management*
*Appellate Cause Number: 03-14-00632-CV*
*Trial Court Cause Number: D-1-GN-14-002430*

Pursuant to TEXAS RULES OF APPELLATE PROCEDURE 34.5(c), please allow this letter to serve as our request for a additional items to be included in the Clerk's Record concerning the above matter.

The additional items to be included in the Clerk's Record should be as follows:

1. **02/18/2014** Motion for Summary Judgment - *Defendant's First Amended*

2. **06/25/2014** Response to 1st Amended Motion for Summary Judgment - *Plaintiff's*

3. **07/07/2014** Motion to Sever MidFirst Bank - *Plaintiff's*

Please prepare, file and certify an electronic copy of the supplemental items and deliver a copy to our office at Firm@GammonLawOffice.com. Please feel free to contact me should you require additional information or have any questions regarding this request. Thank you for your assistance.

Respectfully,

*/s/ Ambra Bourne-Dumas*
Gammon Law Office, PLLC
1201 Spyglass Drive | Suite 100
Austin, Texas 78746
Phone: 512-444-4529 | Fax: 888-545-4279

---

**Bailey** | Request for Supplemental Items | Bailey v. MidFirst, et al